# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

Gilford Lee #1937321
Plaintiff

Case # _____

V.

D. Stanton - Inmate Hearing Officer

Larry T. Edmonds - Former Warden

Adrian Tucker For Beth E. Cabell
Defendant(s)

## Plaintiff's Fifth And Eighth Amendment Complaint

Plaintiff, I Gilford Lee, for my fifth and eighth amendment complaint against Inmate Hearing Officer D. Stanton, Larry T. Edmonds - Former warden at Buckingham Correctional Center. And Adrian Tucker for Beth E. Cabell Regional Administrator. For the Commonwealth of Virginia D.O.C. alleges as follows.

## Jurisdiction And Venue

1) This Court has jurisdiction over this action under civil rights act 42 U.S.C. Section 1983

2) Venue properly in this district pursuant to U.S.C section 1983 because the events given rise to this cause of action occurred at Buckingham Correctional Center, In Dillwyn V.A. which is located within the Eastern District of V.A.

1

## Parties

3) Plaintiff "Gifford Lee" is and was at all times relevant hereto, an incarcerated person in the custody of the state department of corrections (WRSP). At the time of the events relevant hereto, "Lee" was incarcerated At Buckingham correctional Center. "Lee" is currently incarcerated at Wallens Ridge State Prison. (WRSP).

4) Defendants at Buckingham Correctional Center. D. Stanton and Larry T. Edmonds and Adrian Tucker for Beth. E Cabell are and was employed by the Department of Corrections by the Commonwealth of Virginia.

## Previous Lawsuits By Plaintiff

5) Plaintiff has filed other Lawsuits dealing to or with his imprisonment One in the Federal Court of the Western District for Eighth Amendment rights violations for "Deliberet Indifferace" against Randy Boyd, Wallens Ridge State Prison C-building Unit Manager as well as the Fourtheenth Amendment. "Equal Protection Right".

6) The Second is Wise County Circuit Court for "Destruction of Personal Property. At Wallens Ridge Stat Prison agaiats Sgt. McCray the Property Sgt. for Negligence.

7) The third is In Wise county Circuit Court for Negligence against Randy Boyd the C-building Unit manager At Wallen Ridge state Prison. All Claims are In the begening stages. I dont have dockett # or the name of A judge.

## Facts

8) On July 23.2023 during Quarterly shakdown at 2:00pm SRT members found contraband In holes in the cell wall A! sharpened istrument and a Nokia cell phone. My Cellmate T. Chisholm #1633075 took ownership of said contraband right then and there.

9) We were both taken to R.H.U. at that time.

10) On July 27.2023 at 4:17pm me and my cellmate T. Chisholm was served the charges of 102. and A 131.

11) My Cellmate T. Chisholm # 1633075 plead guilty to the charges and took the penalty offer. He also made A statement saying that It was his contraband and I just got caught up In his situation.

12) On August 7, 2023 the defendant D. Stanton, I.H.O. found me guilty of the charges 102.131, that my cellmate T. Chisholm #1633075 plead guilty to prior to my hearing.

13) By the defendant D. Stanton, I.H.O. finding me guilty she violated my Fifth Amendment Due process rights.

14) Policey states "If there is contraband found in a common area of the cell that (2) two people can control, if one person takes ownership of said contraband then the other person can not be found guilty".

15) The defendant Larry T. Edmonds violated my constitutional admendment right the Eighth, Deliberate Indifference, and was personally involved in my constitutional right being violated by up-holding the I.H.O. decision to find me guilty when he knew that the I.H.O. violated policey and my due process rights. He was the warden.

16) The defendants Adrian Tucker for Beth E. Cabell also violated my constitutional rights by up-holding the decision from the warden. They both playe a personally part in my constitutional rights being violated my Fifth and my Eighth.

17) They all knew or should have known what the policey stated and agreed with it and reversed my charges.

18) By them not following policey and procedure I was ship to a level 5 prison with more violence then level 3 prisons. because I was assualted because of my sexuality. I did not have a problem with my sexuality at the level (3) three I was at. BKCC.

19) By the defendant(s) not following the policey and rules that they are governed by I was put at a higher risk of being attacked by other prisoners.

3

## Prayer For Relief

20) Plaintiff request and order declaring that the defendant(s) has acted in violation of my Fifth Amendment Due process rights and my Eighth Amendment right by being "Deliberate Indifference under the United States Constitution which leads to this 42 U.S.C. Section 1983 Complaint.

21) Plaintiff asks that the courts reward him relief for, Physical injuries, Mental Anguish, Emotional Distress for the amount of $250,000.00. Two Hundred and Fifty thousand Dollars.

Respectfully submitted

_Lyford L_ #1937321

